1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>      Plaintiff,<br><br>   vs.<br><br>Robert D. Bame and<br>Forward Investment Group, LLC,<br><br>      Defendants. | Case No: CV 08-05593 RGK (PLAx)<br><br>[~~Proposed~~]  ORDER MODIFYING THE PRELIMINARY INJUNCTION |

1

Upon motion of the Plaintiff CFTC and consistent with this Court's Minute Order of March 6, 2009, the Preliminary Injunction entered by this Court on September 18, 2009 is modified in that two motor vehicles, namely, a 2008 Honda Odyssey, Vehicle Identification Number ("VIN") 5FNRL38908B004288, and a 2008 Hyundai Entrouge, VIN KNDMC233X86054716, currently in possession or control of Riverside Metro Auto Group, LLC, or its transferees, are hereby totally released and exempted from any prohibition of, or restriction on, their transfer or disposition previously effected by the Preliminary Injunction.

IT IS SO ORDERED.

Dated: March 13, 2009        _____
                              R. Gary Klausner
                              United States District Judge

2