William P. Janulis, IL ARDC No. 1326449
Rosemary Hollinger, IL ARDC No. 03123647
Commodity Futures Trading Commission
525 W. Monroe St., #1100
Chicago, IL 60661
Telephone: (312) 596-0545
Facsimile: (312) 596-0714

Kent Kawakami, CA Bar No. 149803
United States Attorney's Office
Central District of California - Civil Division
300 North Los Angeles Street Room 7516
Los Angeles, CA 90012
Telephone: (213) 894-4858
Facsimile: (213) 894-2380

Attorneys for Plaintiff
Commodity Futures Trading Commission

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| Commodity Futures Trading Commission,<br><br>　　　Plaintiff,<br><br>　vs.<br><br>Robert D. Bame and Forward Investment Group, LLC,<br><br>　　　Defendants. | Case No: : CV 08-05593 RGK (Plax)<br><br>**PLAINTIFF'S MOTION FOR RECONSIDERATION OF THE ORDER DENYING PLANTIFFS MOTION FOR AN ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF COUNT III OF ITS COMPLAINT**<br><br>Date:  August 1, 2011<br>Time:  9:00 AM |

1

Plaintiff Commodity Futures Trading Commission ("Commission" or "CFTC") moves for reconsideration of the Court's denial of its Motion for Entry of an Order of Voluntary Dismissal without Prejudice of Count III of its Complaint.

In support thereof, Plaintiff states:

1. On April 26, 2010, Plaintiff filed its Motion for an Order of Voluntary Dismissal without Prejudice of Count III of its Complaint ("Dismissal Motion") (Docket 151).

2. In a Minute Order, dated June 6, 2011 (Docket 153), the Court denied Plaintiff's Dismissal Motion based upon its erroneous understanding that the Plaintiff had failed to serve the Defendants with the Dismissal Motion.

3. The basis of that understanding was the paragraph 10 of the Dismissal Motion in which Plaintiff's counsel made the following statements:

> Plaintiff has not attempted to contact Defendant Bame, who is incarcerated, prior to filing this motion due to his prior failures to respond to similar communications. Plaintiff's counsel did contact counsel for Defendant Forward, who advised that he currently has no authority to enter into any agreements on this matter.

4. Those statements in paragraph 10 of the Dismissal Motion referred to attempts **prior to service** of the Dismissal Motion to confer with Defendants regarding their possible agreement to the Dismissal Motion as required by Local

Rule 7.3. Plaintiff's counsel acknowledges that he should have made this clear by explicitly citing the rule.

5.     Plaintiff's counsel hereby confirms to the Court that he did in fact serve both Defendants with the Dismissal Motion as was certified in the Certificate of Service located on the last page of the Dismissal Motion.  As indicated in that Certificate, Defendant Bame, who is *pro se*, was served by mail and counsel for Defendant Forward Investment Group, LLC, John Rubiner, was served electronically *via* the CM/ECF system.

6.     On June 13, 2011, pursuant to Local Rule 7.3 and prior to the filing and serving of this Motion for Reconsideration, Plaintiff's counsel did confer with counsel for Defendant Forward, who advised Plaintiff's counsel that he currently has no authority to enter into any agreements on this matter.  Consequently, this motion is made following the conference with counsel for Forward Investment Group, LLC pursuant to Local Rule 7-3, which took place on June 13, 2011.

7.     Additionally, on June 17, 2011, pursuant to Local Rule 7.3 and prior to the filing and serving of this Motion for Reconsideration, Plaintiff was able to confer with Defendant Bame, who is incarcerated.  Mr. Bame stated that he does not oppose this Motion to Reconsider or the Dismissal Motion.  Consequently, this motion is made following the conference with Defendant Bame pursuant to Local Rule 7-3, which took place on June 17, 2011.

8. Both Defendants will be served this Motion for Reconsideration per the Certificate of Service.

Dated: June 30, 2011                    Respectfully submitted,

/s/ *William P. Janulis*
Senior Trial Attorney
(312) 596-0545
wjanulis@cftc.gov

One of the Attorneys for Plaintiff
Commodity Futures Trading Commission
525 West Monroe Street
Suite 1100
Chicago, Illinois 60661
(312) 596-0714 facsimile

# CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2011, I electronically filed Plaintiff's Motion for Reconsideration of the Court's Order Denying Plaintiff's Motion for an Order of Voluntary Dismissal Without Prejudice of Count III of its Complaint with the Clerk of the Court using the CM/ECF system, which caused counsel for Defendant Forward Investment Group LLC to be served electronically.  I further caused the motion to be served by U.S. Postal Service Mail on the following non-CM/ECF participant:

Robert D. Bame
Defendant
Reg. No. 45839-112
CI Taft Correctional Institution
P.O. Box 7001
Taft, CA  93268

/s/ *William P. Janulis*
One of the Attorneys for Plaintiff
Commodity Futures Trading
Commission